# MEMORANDUM DECISIONS

**B. K. ALLEN v. UNITED STATES of America and Ethel Stewart Fleeman and Dorothy Jean Fleeman.**

**Ethel Stewart FLEEMAN and Dorothy Jean Fleeman v. B. K. ALLEN.**

No. 7715.

Circuit Court of Appeals, Sixth Circuit.

May 7, 1937.

Seneca B. Anderson, of Memphis, Tenn., for appellants.

A. B. Case, of Memphis, Tenn., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The codefendants, Ethel Stewart Fleeman and Dorothy Jean Fleeman, by their respective solicitors, Seneca B. Anderson and Wm. Wesley Harvell, guardian ad litem, have heretofore filed in this cause a written motion requesting that this cause be docketed and that their said appeal be dismissed, which motion is hereby granted. It is therefore ordered, adjudged, and decreed by the court that this cause be docketed, and that the appeal of the codefendants be and the same is hereby dismissed. The costs of this cause will be paid by the plaintiff B. K. Allen.

**Kitty AMSLER et al., Petitioners, v. Honorable George H. MOORE, United States District Judge, Eastern District of Missouri, et al.**

No. 405 Orig.

Circuit Court of Appeals, Eighth Circuit.

April 24, 1937.

Paul Dillon and Claude O. Pearcy, both of St. Louis, Mo., for petitioners.

Wayne Ely and Lyon Anderson, both of St. Louis, Mo., for respondents.

PER CURIAM.

Application for leave to file petition for writ of prohibition with mandamus in aid denied.

**Walter AVERY and Bresson Corporation, Appellants, v. DAVEGA–CITY RADIO, Inc., Appellee.**

No. 429.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Donald L. Brown, of New York City, for appellants.

Jo. Baily Brown, of Pittsburgh, Pa., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (14 F.Supp. 964) affirmed.